UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                  -v-

MARK S. SCOTT,

                          Defendant.
------------------------------------------------------------X

**ORDER**

17 Cr. 630-1 (ER)

    IT is hereby ORDERED that defendant **Mark S. Scott** be released from custody, subject to applicable bail conditions. The U.S. Marshals are to release the defendant unless any pending warrants, detainers, or other issues are encountered.

Dated:    March 30, 2020
            New York, New York

                              Edgardo Ramos, U.S.D.J.