DOCKET No. 17-cr-630-1 (ER)               DEFENDANT Mark Scott (Appearance Waived; not present)

AUSA Nicholas Folly; Chris DiMase; Julieta Loza      DEF.'S COUNSEL Arlo Devlin-Brown; Davis Garvin; Katri St

☐ RETAINED   ☐ FEDERAL DEFENDERS   ☑ CJA   ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.     DATE OF ARREST _____     ☐ VOL. SURR.

TIME OF ARREST _____     ☐ ON WRIT

☑ Other: Bail Application Hearing          TIME OF PRESENTMENT N/A

## BAIL DISPOSITION

☐ SEE SEP. ORDER

☐ DETENTION ON CONSENT W/O PREJUDICE          ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $2.5 million____ PRB   ☐ _____ FRP
☑ SECURED BY $_____ CASH/PROPERTY: Coral Gables Apartment
☑ TRAVEL RESTRICTED TO SDNY/EDNY/ Southern District of Florida and all points in between
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☑ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:   ☐ REGULAR   ☐ STRICT   ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS   ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐ HOME INCARCERATION   ☑ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING   ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT   [OR]   ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Defendant to be released from custody pursuant to the following conditions:
• $2.5 million personal recognizance bond, secured by a warranty deed of the defendant's residence located in Coral Gables, Fl.
• Surrender of all travel documents and no new applications for travel documents. Defendant's wife shall also surrender her passport.
(Additional conditions continued on next page.)

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY                    ☐ CONFERENCE BEFORE D.J. ON _____
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                    ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED         ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____     ☐ ON DEFENDANT'S CONSENT

DATE: 3/30/2020                    _____
                                   UNITED STATES DISTRICT JUDGE

- The defendant shall be placed under 24-hour HOME INCARCERTATION to be enforced by location monitoring technology to be determined by Pretrial Services.  The defendant may only leave his residence for necessary medical services.  All other leave from the residence must be submitted through defense counsel for the court's approval.
- The defendant is permitted to self-install the monitoring equipment under the direction and instruction of Pretrial Services
- With the exception of the warranty deed for the Coral Gables residence, the defendant shall not be released until all conditions are met, including the availability of location monitoring equipment.
- This order shall be effective for a period not to exceed 60 days, at which time the need for continued release under the "compelling reason" that release was ordered shall be revised by the Court.
- Within two weeks of his release, the defendant must purchase or secure an iPhone with FaceTime capabilities for remote/virtual monitoring by Pretrial Services.
- When home visits are schedule by Pretrial Services, to the best of his ability, the defendant shall comply with Pretrial Services request to remove all cohabitants of the residence prior to the visit.
- The defendant must report and disclose to Pretrial Services when any cohabitant of the residence, including self, may be symptomatic of any illness.