May 7, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York

My name is Simon Baker, I have 4 children ages [redacted]

My back ground, I was born in Mexico, both parents are British who founded a British school in Mexico (Lancaster School) and we participated actively in the British Common Wealth. I have a British education thru my parents' school and Canadian education going to boarding school on Vancouver Island.

I have been living in Miami for the past 15 years and know Mark Scott close to 12 years now. We both share the same passion for sports, music and helping school institutions thru raising donations or donating our personal time. Like he did with Crystal Academy as an example. Both of us have a European background of upbringing and same values. He also has an enormous heart to help others no matter how complicated the situation may be. He has always acted with in the law to provide help and advice.

I am aware of Mark Scott's conviction, and that he will continue to fight for his innocence, but should he be sentenced. I ask for leniency on my behalf, as he is certainly no threat to society, and I expect Mark Scott to continue his contributions to the community and for his family. Also, I have concerns of his ongoing health issues.

Mr. Scott's family, who he loves and adores with passion, is the center of his life and his primary focus. His family which is a key component of his life, who he loves and devotes too, will be shattered if separated. I can't imagine his son growing up without his father to help him and guide him in this so ever-changing world. And his wife who is the backbone of the family has been supporting Mark Scott thru these difficult times.

Let's not forget, Mark Scott still has a big potential to make contributions due to his general reputation. Mark Scott has complied showing his attitude and behavior since the case against him began.

I hope that you find this helpful in your quest for the truth. Should you need further information, I remain at your disposal. Thank you.

Sincerely

Simon Baker

Simon Baker