Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

United States District Court

Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/2024

Caption:
United States of America v.

Mark S. Scott

Docket No.: 17-CR-630
Judge Edgardo Ramos
(District Court Judge)

Notice is hereby given that **Defendant** appeals to the United States Court of Appeals for the Second Circuit from the judgment [✓], other [ ] _____ (specify)
entered in this action on **2/2/2024**
(date)

This appeal concerns: Conviction only [ ]   Sentence only [ ]   Conviction & Sentence [✓]   Other [ ]
Defendant found guilty by plea [ ]   trial [✓]   N/A [ ]
Offense occurred after November 1, 1987?  Yes [✓]  No [ ]  N/A [ ]
Date of sentence: **2/2/2024**   N/A [ ]
Bail/Jail Disposition: Committed [✓]   Not committed [ ]   N/A [ ]

2024 FEB 08 PM 5:19
RECEIVED
US DISTRICT COURT SDNY

Appellant is represented by counsel? Yes [✓]  No [ ]  If yes, provide the following information:

Defendant's Counsel: **Conrad Scott**
Counsel's Address: **620 Eighth Avenue**
**New York, NY 10018**
Counsel's Phone: **(212) 841-1249**

Assistant U.S. Attorney: **Nicholas Folly**
AUSA's Address: **One Saint Andrew's Plaza**
**New York, NY 10007**
AUSA's Phone: **(212) 637-1060**

_____
Signature