

**ARLO DEVLIN-BROWN**
Managing Principal
+1 (212) 858-9080 w
arlo@tdblaw.com

September 2, 2025

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

      Re:  United States v. Scott, No. 17-cr-630-1a

Dear Judge Ramos:

      We submit this letter on behalf of Mark Scott, the defendant, to update the Court regarding Mr. Scott's medical condition and to request an adjournment of surrender from September 15, 2025 to October 31, 2025. This adjournment is necessary to address serious medical issues Mr. Scott is facing with which the Court is familiar. We have submitted a version of this letter request directly to the Court (with copies to the Government) that detail the medical basis for the adjournment with attached medical records supporting the request. We respectfully request that the more detailed application be maintained under seal as it relates entirely to particulars of Mr. Scott's medical conditions and their treatment.

      Respectfully submitted,

      <u>/s/ Arlo Devlin-Brown</u>

      Arlo Devlin-Brown
      Treanor Devlin Brown PLLC
      arlo@tdblaw.com
      (646) 596-4564

      Counsel for Defendant
      Mark S. Scott