# Inner City Press

September 5, 2025

**By ECF**

Hon. Edgardo Ramos, United States District Judge
Southern District of New York, 40 Foley Square, New York, NY 10007

Re: Reply in further opposition to CJA appointment without financial affidavit &
still no unsealing in US v. Karl Sebastian Greenwood, 17-cr-630-ER-5

Dear Judge Ramos:

   Inner City Press continues covering the above captioned criminal case and has
just seen on ECF the defendant's counsel's filing six weeks after the Second
Circuit's decision on the still entirely withheld sentencing letters.

   While Greenwood's counsel acknowledges that "ordinarily a CJA Form 23 would
be required before appointment of counsel," the claim is that it is too burdensome.
But these forms are filled on in a matter of minutes, on a daily basis. Only today I
have seen four such forms filled out, one minutes ago in Courtroom 5A.

   The US Attorney's Office has publicly stated that "Greenwood lined his own
pockets with over $300 million." See, https://www.justice.gov/usao-sdny/pr/co-
founder-multibillion-dollar-cryptocurrency-scheme-onecoin-sentenced-20-years-
prison

    A CJA Form 23 should absolutely be required.

   In a footnote, counsel requests that any unsealing of the improperly sealed letters
should await four weeks after resolution of their request to be appointed CJA
without a CJA Form 23. It cannot be that unless the press acquiesces such lax CJA
practice, it must further await information sought along ago.

   This is not, as the letter has it, "Mr. Lee's efforts to access private and sensitive
information" - it is for sentencing letters which are filed publicly in all other cases.
The unsealing should begin, and be done, forthwith.

   Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017