# Inner City Press

September 26, 2025

**By ECF**

Hon. Edgardo Ramos, United States District Judge
Southern District of New York, 40 Foley Square, New York, NY 10007

Re: Reply to Greenwood's counsel's Sept 26 letter in US v. Karl Sebastian Greenwood, 17-cr-630-ER-5

Dear Judge Ramos:

Inner City Press continues covering the above captioned criminal case and has just seen on ECF the defendant's counsel's letter stating that it is only showing its proposed redactions to the US Attorney's Office. This make no sense, as that Office routinely takes no position on defendants withholding portions of their submissions from the public.

The Second Circuit remanded stating that "We remand for the district court to conduct an individualized review of the sealed exhibits, as the district court can directly communicate with parties about particular objections and elicit the parties' assistance in identifying any necessary partial redactions, and therefore is "best situated to conduct this review."

"Communicate with parties," it is argued, does not mean only Greenwood's counsel and the US Attorney's Office. Rather, Greenwood should make available a copy of its proposed redactions, for an adversary filing thereon if necessary.

It remains unclear, at least in the public docket, the status of Greenwood's counsel's bid for CJA funds to continue to withhold information.

Again, the US Attorney's Office has publicly stated that "Greenwood lined his own pockets with over $300 million." See, https://www.justice.gov/usao-sdny/pr/co-founder-multibillion-dollar-cryptocurrency-scheme-onecoin-sentenced-20-years-prison

A CJA Form 23 should absolutely be required.

Respectfully submitted,

/s/

Matthew Russell Lee, Inner City Press

Inner City Press: In-house SDNY: Room 480, 500 Pearl Street, NY NY 10007
E-mail: Matthew.Lee@innercitypress.com - Tel: 718-716-3540
Regular Mail: Dag Hammarskjold Center, Box 20047, New York, NY 10017