



**U.S. Department of Justice**
*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

September 29, 2025

**VIA ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: *United States v. Karl Sebastian Greenwood*, S5 17 Cr. 630 (ER)**

Dear Judge Ramos:

The Government respectfully submits this letter in response to the Court's order, dated September 15, 2025, directing the Government to respond on issues relating to defendant Karl Sebastian Greenwood's temporary appointment of Criminal Justice Act ("CJA") counsel. (Dkt. 712.)

Regarding whether Mr. Greenwood should be made to apply for a temporary appointment of counsel under the CJA, the Government notes that the Court previously made a determination that Mr. Greenwood was financially eligible for the appointment of CJA counsel, with the appointment of Anthony Strazza, Esq., in or about June 2019. Also, the Presentence Investigation Report ("PSR") prepared in connection with the defendant's sentencing (dated August 29, 2023) contained a detailed summary of the defendant's financial situation and, after adopting the PSR, the Court made a finding during sentencing that any fine should be waived due to Mr. Greenwood's inability to pay one. Accordingly, the Government respectfully submits that the Court has already made the requisite determination of Mr. Greenwood's financial eligibility under the CJA Act. *See* Revised Plan for Furnishing Representation Pursuant to the Criminal Justice Act (18 U.S.C. § 3006A), Adopted by the Board of Judges of the Southern District of New York on May 31, 2023, Approved by the Judicial Council of the Second Circuit on June 7, 2023,

Section VI(C).  Based on the foregoing, the second issue the Court posed to the Government is not relevant.

                Respectfully submitted,

                JAY CLAYTON
                United States Attorney

By:      /s/
       Juliana N. Murray/ Kevin Mead
       Assistant United States Attorneys
       (212) 637-2314/2211

cc:    All Counsel of Record (by ECF)