UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                               :

UNITED STATES OF AMERICA

         -v.-

MARK S. SCOTT,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**FINAL ORDER OF FORFEITURE**
**AS TO CERTAIN ASSETS**

S10 17 Cr. 630 (ER)

WHEREAS, on or about February 2, 2024, the Court entered a Preliminary Order of Forfeiture as to Specific Property and Substitute Assets/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 612) forfeiting, *inter alia*, all right, title and interest of the Defendant in the following:

    a) $2,455,686.10 in United States currency formerly on deposit in Account Number 85079788 held at Iberia Bank (formerly known as Sabadell United Bank) by Nicole J. Huesmann P.A.;

    b) Any and all funds on deposit in Account Number 40077102 held in the name of MSS International Consultants (BVI), Ltd., at DMS Bank and Trust Ltd;

    c) Any and all funds on deposit in Account Number 40077100 held in the name of MSS International Consultants (BVI), Ltd., at DMS Bank and Trust Ltd;

    d) Any and all funds on deposit in Account Number 10462701 held in the name of MSS International Consultants (BVI), Ltd., at First Caribbean International Bank;

    e) Any and all funds on deposit in Account Number 10465454 held in the name of DRP Holdings, Ltd., at First Caribbean International Bank;

    f) Any and all funds on deposit in Account Number 10465343, held in the name of MSS Marine Group, Ltd., at First Caribbean International Bank;

1

g) Any and all funds on deposit in Account Number 10463883, held in the name of EGD Investment, Ltd., at First Caribbean International Bank;

h) Any and all funds on deposit in Account Number 10465346, held in the name of Mumbelli Group Holding (Cayman), Ltd., at First Caribbean International Bank;

i) Any and all funds on deposit in Account Number 2450478611, held in the name of HFT Holding Limited, at RBC Dominion Securities Global Ltd.;

j) Any and all funds on deposit in Account Number CH3508565559929606901, held in the name of Mark S. Scott, at Dreyfus Sohne & Cie AG;

k) $129,088.74 in United States currency formerly on deposit in Account Number 9190041054 held in the name of Mark S. Scott and Lidia V. Kolesnikova, at Cooperative Bank of Cape Cod;

l) Any and all funds on deposit in Account Number 2840912613, held in the name of Mark S. Scott, at Northern Trust Company;

m) Any and all funds on deposit in Account Number 2840909434, held in the name of Mark S. Scott, at Northern Trust Company;

n) Any and all funds on deposit in Account Number 43-98797, held in the name of Mark S. Scott, at N01ihern Trust Company;

o) Any and all funds on deposit in Account Number PWA5493, held in the name of Mark S. Scott, at UBS Financial Services;

p) Any and all funds on deposit in Account Number PWB1979, held in the name of Mark S. Scott, at UBS Financial Services;

q) $2,449,467.9 in United States currency formerly on deposit in Account Number 4842-9048, held in the name of Mark S. Scott 2017 Trust at Wells Fargo Advisors;

r) One 2017 Sunseeker 57 Predator Yacht, Hull No. "TAIMA," seized by the Internal Revenue Service ("IRS") on or about September 5, 2018;

s) One 2017 Red Porsche 911 4S Turbo, bearing Vehicle Identification Number, WPOCD2A95HS178187 and containing License Plate Number HBNJ81;

t) One 2018 White Porsche 911 GT2 RS, bearing Vehicle Identification Number, WP0AE2A91JS185471;

u) All right, title and interest in real Properties located at 31 Dale Avenue, Hyannis Port, Massachusetts owned by MSSI 31 Dale Ave Property Group LLC, with all improvements, appurtenances, and attachments thereon;

v) The following items seized on or about September 5, 2018, from 133 Sunset Lane Barnstable, Massachusetts:
   i. One Panerai PAM 582 barometer wall clock;
   ii. One Panerai PAM 583 thermometer;
   iii. One Panerai PAM 584 hygrometer;
   iv. One Panerai PAM 585 wall clock; and

w) All monies and funds contained in J.P. Morgan Chase attorney IOLA trust account 339656032, held by James Nobles Esq. P.C., and all funds traceable thereto, including accrued interest;

x) All monies and funds contained in RBC Private Counsel (USA) Inc. account 3752442214, held by Mark S. Scott 2017 Trust and all funds traceable thereto, including accrued interest; and

y) All monies and funds contained in RBC Private Counsel (USA) Inc. account 3756283317, held by Mark S. Scott 2017 Trust and all funds traceable thereto, including accrued interest;

z) Any and all funds on deposit in Account Number 1X B0014YA held in the name of Mark S. Scott 2017 Trust, at UBS Financial Services;

aa) Any and all funds on deposit in Account Number 1X B0031YA held in the name of Mark S. Scott 2017 Trust, at UBS Financial Services;

bb) Any and all funds on deposit in College 529 Fund Account Number PW B4734 03, held in the name of Mark S. Scott FBO Lucius M. Scott, at UBS Financial Services;

cc) Any and all funds on deposit in Account Number PW A5494 03, held in the name of Mark S. Scott, at UBS Financial Services;

((a) through (cc), collectively, the "Subject Property");

3

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Subject Property, and the requirement that any person asserting a legal interest in the Subject Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Subject Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Subject Property before the United States can have clear title to the Subject Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Subject Property was posted on an official government internet site (www.forfeiture.gov) beginning on April 3, 2024 for thirty (30) consecutive days, through May 2, 2024, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on March 25, 2026 (D.E. 743);

WHEREAS, on or about July 22, 2024 and November 20, 2025, notice of the Preliminary Order of Forfeiture was also sent via Certified Mail to the following parties:

Lidia Kolesnikova
Coral Gables, FL 33134-7517;

MSSi 105 Sunset Lane Property Group, L.L.C.
c/o Nicole J. Huesmann, P.A.,
150 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134;

MSSi 31 Dale Ave Property Group, L.L.C.
c/o Nicole J. Huesmann, P.A.,
150 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134; and

133 Sunset Lane LTD.c/o Nicole J. Huesmann, P.A.,
150 Alhambra Circle, Suite 1200
Coral Gables, Florida 33134

(the "Noticed Parties");

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions to contest the forfeiture of the Subject Property have been filed;

WHEREAS, the Defendant, the Noticed party, are the only persons and/or entities known by the Government to have a potential interest the Subject Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any Subject Property following the Court's disposition of any filed claim or if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title, and interest in the Subject Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7), the United States of America shall and is hereby deemed to have clear title to the Subject Property.

5

3.      The United States of America (or its designee) shall take possession of the

Subject Property and dispose of the same according to law, in accordance with Title 21, United

States Code, Section 853(h).


Dated: New York, New York
       March 25 , 2026


SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK